## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

                    Plaintiff,

      v.                                   <u>Civil Action No. 2:13-cv-01102-NJ</u>

JOHN DOE, subscriber assigned IP address
184.58.219.26,

                    Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 184.58.219.26. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November _15___, 2013

                                        Respectfully submitted,

                                        By: ___<u>/s/ *Mary K. Schulz*</u>___
                                        Mary K. Schulz
                                        Schulz Law, P.C.
                                        1144 E. State Street, Suite A260
                                        Geneva, IL 60134
                                        Phone: 224-535-9510
                                        Email: SchulzLaw@me.com
                                        *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on November _15___, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____
Mary K. Schulz